1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN RAFAEL LAPONTE,                         Case No.  1:24-cv-01222-HBK (PC)

12                    Plaintiff,                   ORDER TRANSFERRING CASE TO
                                                   SACRAMENTO DIVISION OF THE
13          v.                                     EASTERN DISTRICT OF CALIFORNIA
                                                   AND CLOSING CASE IN FRESNO
14    GAVIN NEWSOM, ROB RONTA, K.R.                DIVISION
      ZUETEL, JENNIFER SHAFFER, JAMES
15    L. LANDRUM, SR.,                             (Doc. No.  7)

16                    Defendants.

17

18          Plaintiff John Rafael Laponte, a state prisoner, initiated this pro se action in the Northern

19   District of California by filing a civil rights complaint under 42 U.S.C. § 1983 while incarcerated

20   at Correctional Training Facility, Soledad, California.  (Doc. No. 7).  Because the Complaint

21   alleges claims against the Governor of California and other high-level California state officials

22   regarding the enactment and enforcement of legislation, the Northern District transferred this case

23   to this Court in the Eastern District of California.  (Doc. No. 20).  Venue for this action, however,

24   properly lies in the Sacramento Division of this Court.  *See* 28 U.S.C. §§ 1391(b); *see also*

25   *Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court

26   jurisdiction and venue in a § 1983 action).  Pursuant to Local Rule 120(f), a civil action which has

27   not been commenced in the proper court may, on the court's own motion, be transferred to the

28   correct division.  The Court finds it in the interests of justice to transfer this case to the

                                                  1

Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, it is **ORDERED**:

1.     The Clerk of Court is directed to transfer this action to the Sacramento Division of this Court and close the case in this division..

2.     All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.     This court defers ruling on plaintiff's request to proceed *in forma pauperis* (Doc. No. 6) to the transferee court.

Dated:   October 15, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2